John H. Weitendorf, Plaintiff-Appellee, v. John L. Setina and Victoria M. Setina, Defendants-Appellants.

Gen. No. 64–54–M.

Third District.

March 30, 1965.

Saxon & Niznik, of Plainfield, for appellant; Robson, Masters, Ryan & Belom, of Joliet, for appellee. Opinion by JUSTICE CORYN. **Not to be published in full.**